■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TORRENCE LANGHORNE, Appellant. [831 NYS2d 722]—Appeal by the defendant from a judgment of the County Court, Suffolk County (Braslow, J.), rendered November 2, 2005, convicting him of criminal sale of a controlled substance in the third degree and criminal possession of a controlled substance in the third degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's contention regarding the imposition of a sentence which was greater than that originally promised to

him at the time of his plea of guilty is not preserved for appellate review (*see* CPL 470.05 [2]; *People v K.F.*, 208 AD2d 948 [1994]; *People v Ellis*, 162 AD2d 701 [1990]). Mastro, J.P., Ritter, Skelos, Carni and McCarthy, JJ., concur.